IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Erjona Vasquez | ) | Case No: 15 C 3433 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Zara USA, Inc. | ) | |
| | ) | |

## ORDER

Ruling on motion hearing held. Preliminary Approval of Class Action Settlement and Approval of Notice Plan [34] is granted. Enter order. Fairness hearing is set for 3/18/16 at 9:30 a.m. Status hearing is set for 3/18/16 at 9:30 a.m.

(T:) 00:05

Date: 11/12/15                                        /s/ Judge John W. Darrah