## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Erjona Vasquez | ) | Case No: 15 C 3433 |
| v. | ) | Judge: John W. Darrah |
| Zara USA, Inc. | ) | |

## **ORDER**

Fairness hearing held. Enter Order Granting Final Approval of Class Action Settlement. Civil case closed. Pretrial conference set for 9/8/16 and jury trial set for 9/12/16 is vacated.

(T:) 00:05

Date: 3/8/16                                          /s/ Judge John W. Darrah